IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHAUNSE JACKSON, | No. 2:21-CV-1186-DMC-P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| J. PICKETT, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion to proceed in forma pauperis. ECF No. 2. Plaintiff has submitted a declaration that makes the showing required under 28 U.S.C. § 1915(a). Plaintiff's motion to proceed in forma pauperis is, therefore, granted.

IT IS SO ORDERED.

Dated: July 19, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1