IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNSE JACKSON,<br><br>   Plaintiff,<br><br>   v.<br><br>PICKETT, et al.,<br><br>   Defendants. | No. 2:21-CV-1186-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On November 17, 2021, Plaintiff filed his second amended complaint without signing it. ECF No. 15. The Federal Rules of Civil Procedure provides:

> Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. . . . The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.
>
> Fed. R. Civ. P. 11(a); see also Local Rule 131(b).

/ / /

/ / /

/ / /

/ / /

1

1    Because Plaintiff did not sign his second amended complaint, it is stricken.

2  Plaintiff is directed to file a signed second amended complaint within 30 days of the date of this

3  order.

4    IT IS SO ORDERED.

5

6  Dated:  December 10, 2021

7  _____
   DENNIS M. COTA
8  UNITED STATES MAGISTRATE JUDGE